IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| QUINN AARON KLEIN, #15965064 | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv190 |
| WARDEN, F.C.I. TEXARKANA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Quinn Aaron Klein, a prisoner previously confined in the federal prison system, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE** for lack of jurisdiction and dismissed without prejudice regarding all other issues; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 12th day of March, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE